

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2015

No. 04-15-00288-CV

Eduardo **BENAVIDES,**
Appellant

v.

Julia **BENNETT,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-16084
Honorable Larry Noll, Judge Presiding

# O R D E R

Sitting:  Sandee Bryan Marion, Chief Justice
    Karen Angelini, Justice
    Marialyn Barnard, Justice

The Appellee's Motion to Dismiss and Motion to Deny Appeal is hereby DENIED.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2015.

_____
Keith E. Hottle
Clerk of Court